**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Heidi Marie Peterson,  Civil No. 08-5007 (RHK/SRN)

        Plaintiff,  **ORDER**

v.

Westonka Bus Service, et al.,

        Defendants.

---

    Defendants' Motions to Dismiss (Doc. Nos. 41 and 42) are referred to Magistrate Judge Susan Richard Nelson for recommended dispositions. The October 14, 2009 hearing before the undersigned is **CANCELED**. Judge Nelson will advise the parties if she desires oral argument.

Dated: September 21, 2009

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge