# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Heidi Marie Peterson,                          Civil No. 08-5007 (RHK/SRN)

        Plaintiff,                                    **ORDER**

v.

Westonka Bus Service; Prairie Bus Service of Westonka, Inc.; 4.0 School Services, 4.0 Services; Prairie Bus Service; 4.0 School Services of Norwood Young America, Inc.; 4.0 School Services of Ivanhoe, Inc.; and Michael Hennek,

        Defendants.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 53) is **ADOPTED**;

2. Defendants 4.0 School Services, 4.0 School Services of Ivanhoe, Inc., 4.0 School Services of Norwood Young America, Inc., 4.0 Services, and Michael Hennek's Motion to Dismiss (Doc. No. 41) is **GRANTED**;

3. Defendants Prairie Bus Service, Prairie Bus Service of Westonka, Inc., and Westonka Bus Service's Motion to Dismiss (Doc. Nos. 42) is **GRANTED**; and

4. This case is **DISMISSED WITH PREJUDICE**.

Dated: December 1, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge